

**ORIGINAL**

**FILED**

05/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0004

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 22-0004

MAY 1 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF SCOTTI GRAY FOR
REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA

O R D E R

Scotti Gray has petitioned for reinstatement to active status in the State Bar of Montana. Gray voluntarily moved to inactive status on April 30, 2018. The Petition states that Gray is not currently subject to disciplinary proceedings or pending disciplinary proceedings, and has not committed any acts or omissions while on inactive status which would be sanctionable under the Montana Rules of Professional Conduct. Gray accrued delinquent debt while on inactive status with three credit card companies. Gray retained legal counsel and has settled the delinquency with two companies, while negotiations continue with a third company. The Petition does not state the amount of delinquent debt with the third company or further explain the magnitude of the matter. Therefore,

IT IS HEREBY ORDERED that the petition of Scotti Gray for reinstatement to active status in the State Bar of Montana is GRANTED. Petitioner shall pay all dues, fees and taxes owing to the State Bar, and shall submit to the Board of Continuing Legal Education, P.O. Box 577, Helena, MT 59624, proof of attendance at thirty (30) hours of approved Continuing Legal Education to be credited to the time Petitioner was on inactive status. Within 60 days, Petitioner shall file herein a status report regarding Petitioner's delinquency with the third credit card company.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 10 day of May, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices